1  Rosemary M. Rivas (State Bar No. 209147)
   rrivas@finkelsteinthompson.com
2  Tracy Tien (State Bar No. 253930)
3  ttien@finkelsteinthompson.com
   **FINKELSTEIN THOMPSON LLP**
4  100 Bush Street, Suite 1450
5  San Francisco, CA 94104
   Telephone: (415) 398-8700
6  Facsimile: (415) 398-8704

7
   *Attorneys for Individual and Representative*
8  *Hanna Bernard*

9

10              **UNITED STATES DISTRICT COURT**

11                      **EASTERN DISTICT**

12

13  HANNA BERNARD, on behalf of              Case No. CV10-01331-GEB-KJM
    herself and all others similarly situated,
14                                           **ORDER APPROVING PARTIES'**
                                             **STIPULATION RE: (1) TRANSFER**
15              Plaintiff,                   **OF VENUE, AND (2) VACATING**
                                             **HEARING AND BRIEFING DATES**
16      v.                                   **ON PENDING MOTIONS**

17  CITIMORTGAGE, INC.,

18              Defendant.

19

20

21

22

23

24

25

26

27

28
   ───────────────────────────────────────────────────────
   [PROPOSED] ORD APPROVING PARTIES' STIPULATION RE: (1) TRANSFER OF VENUE, AND (2)
   VACATING HEARING & BRIEFING DATES ON PENDING MOTIONS; CASE NO. CV10-01331-GEB-KJM

1

2

     PURSUANT TO THE PARTIES' STIPULATION, THE COURT HEREBY ORDERS AS FOLLOWS:

3

4

   1. The hearing dates and corresponding briefing schedule on Defendant's motion to dismiss and motion to strike are vacated; and

5

6

   2. The above-entitled action is transferred to the Central District of California, United Stated District Court.

7

8

9

   IT IS SO ORDERED.

10

11

8/5/10

                 GARLAND E. BURRELL, JR.
                 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORD APPROVING PARTIES' STIPULATION RE: (1) TRANSFER OF VENUE, AND (2) VACATING HEARING & BRIEFING DATES ON PENDING MOTIONS; CASE NO. CV10-01331-GEB-KJM